IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| **PARADYM POOLSCAPES, LLC / KOWBOYS POOLS, LLC,** | ) | **Case No 3:25-bk-1831** |
| | ) | **Chapter 7** |
| | ) | **Judge Randal S. Mashburn** |
| **Debtor.** | ) | |
| **EVA M. LEMEH, TRUSTEE,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Adversary No. 3:26-ap-90080** |
| **G POOL SOLUTIONS, LLC,** | ) | |
| **Defendant.** | ) | |

**ANSWER OF G POOL SOLUTIONS, LLC, TO EVA M. LEMEH, TRUSTEE'S COMPLAINT TO AVOID PREFERENTIAL TRANSFERS AND TO RECOVER**

Comes now, the Defendant, G Pool Solutions, LLC, through counsel, and for answer to the Complaint filed by Eva M. Lemeh, Trustee, would show the following unto the court:

1. The Defendant admits the allegations contained in paragraph 1 of the complaint filed herein.

2. The Defendant admits the allegations contained in paragraph 2 of the complaint filed herein.

3. The Defendant admits the allegations contained paragraph 3 of the complaint filed herein.

4. The Defendant admits the allegations contained in paragraph 4 of the complaint filed herein.

5. The Defendant admits that G Pool Solutions is a Tennessee limited liability company and that service is appropriate upon its Registered Agent, Domingo Rodriguez. The Defendant denies that 803 Neelys Chase Drive, Madison, Tennessee 37115, is a valid address. Defendant's correct address is 812 River Chase Boulevard, Madison, Tennessee 37115.

6. The Defendant admits the allegations contained in paragraph 6 of the complaint filed herein.

7. The Defendant admits the allegations contained in paragraph 7 of the complaint filed herein.

8. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in ¶ 8 of the complaint filed herein but demands strict proof thereof.

9. The Defendant admits the allegations contained in paragraph 9 of the complaint filed herein.

10. The Defendant admits the allegations contained in paragraph 10 of the complaint filed herein.

11. The Defendant admits the allegations contained in paragraph 11 of the complaint filed herein.

12. The Defendant admits the allegations contained in paragraph 12 of the complaint filed herein.

13. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in ¶ 13 of the complaint filed herein but demands strict proof thereof.

14. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in ¶ 14 of the complaint filed herein but demands strict proof thereof.

15. Paragraph 15 does not require a response. The Defendant incorporates by reference all preceding responses to paragraphs as if fully restated herein.

16. The Defendant denies the allegations contained in ¶ 16 of the complaint filed herein and would demand strict proof thereof.

17. The Defendant denies the allegations contained in ¶ 17 of the complaint filed herein and would demand strict proof thereof.

**AFFIRMATIVE DEFENSES**

1. Each and every one of the transfers from Defendant to Debtor comprising the total transfer amount of $32,585.39 was made within the ordinary course of business between the Debtor and Defendants. As such, these transfers may not be avoided pursuant to 11 U.S.C. §547(c)(2).

WHEREFORE, the Defendant, G Pool Solutions, LLC, prays that the complaint filed herein be dismissed.

Respectfully submitted,

*/s/ Matthew R. Murphy*

Matthew R. Murphy (TN Reg. No. 24627)
**Smythe Huff & Murphy, PC**
1222 16th Avenue South
Suite 301
Nashville, Tennessee 37212
(615) 255-4849
mmurphy@smythehuff.com
*Attorney for G Pool Solutions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was electronically filed with the Court and served via CM/ECF Electronic Mail on Eve M. Lemeh, Trustee, the U. S. Trustee, and all other parties as indicated on the electronic filing receipt, on this the 28th day of August, 2026. Parties may access this filing through the Court's electronic filing system.

*/s/ Matthew R. Murphy*
Matthew R. Murphy